IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv236

| MICAH ROBINSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a Carolinas Healthcare System, d/b/a Carolinas Medical Center-Pineville, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the joint request of the parties to continue the hearing on defendant's Motion for Summary Judgment (#14) and Motion to Strike Portions of Plaintiff's Affidavit (#24) based on amicable resolution of this case. Counsel has informed the court that a Rule 41 voluntary dismissal will be filed within 14 days. Based upon such representations, the court will continue the hearing, set a deadline of August 10, 2012, to file the dismissal, and dismiss all pending motions without prejudice (as a matter of housekeeping).

### ORDER

**IT IS, THEREFORE, ORDERED** that the July 26, 2012, hearing is **CONTINUED,** defendant's Motion for Summary Judgment (#14) and Motion to Strike Portions of Plaintiff's Affidavit (#24) are **DENIED WITHOUT PREJUDICE,** and the parties shall file their stipulation of voluntary dismissal not later than August 12, 2012. This matter is removed from the August 6, 2012, trial calendar.

Signed: July 26, 2012

Max O. Cogburn Jr.
United States District Judge